# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELONE T. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIEL GIBSON,<br><br>        Defendant. | No.  2:23–cv–00344-KJM–CKD PS<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

      Plaintiff is proceeding in this action pro se and in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

      On July 21, 2023, the undersigned dismissed the complaint in this action with leave to file an amended complaint within 28 days.  (ECF No. 3.)  Plaintiff was informed that failure to file an amended complaint could result in the dismissal of this action.  The deadline has passed, and plaintiff has not filed an amended complaint nor otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of jurisdiction.

      In light of these recommendations, IT IS ALSO HEREBY ORDERED that all pleading, discovery, and motion practice in this action are STAYED pending resolution of the findings and recommendations.  With the exception of objections to the findings and recommendations and any non-frivolous motions for emergency relief, the court will not entertain or respond to any

motions and other filings until the findings and recommendations are resolved.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 26, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/johnson344.f&rsdismiss