UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELONE T. JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>DANIEL GIBSON,<br><br>             Defendant. | No.  2:23–cv–00344-KJM–CKD PS<br><br>ORDER |

       Plaintiff is proceeding in this action pro se and in forma pauperis.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).

       On September 26, 2023, the magistrate judge filed findings and recommendations, which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections.  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

       The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

1  . . . ."). Having reviewed the file, the court finds the findings and recommendations to be
2  supported by the record and by the proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4      1. The findings and recommendations of September 26, 2023 are adopted in full;
5      2. This action is dismissed for lack of jurisdiction; and
6      3. The Clerk of Court shall close this case.
7  DATED: December 20, 2023.

                                CHIEF UNITED STATES DISTRICT JUDGE